**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| WAYNE NICHOLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 2016-71 |
| | ) | |
| WINDWARD PASSAGE HOTEL COMPANY LP D/B/A WINDWARD PASSAGE HOTEL, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties were before the Court on November 20, 2017, for an interim pretrial conference. The parties discussed the status of the case and discovery, as well as plaintiff's motion to extend the expert disclosure deadlines. The major remaining dispute relates to plaintiff's damages. The premises considered, it is hereby ORDERED:

1. The parties shall commence mediation by March 31, 2018, or earlier as agreed.

2. The plaintiff shall identify any experts, and produce the required materials related thereto, on or before December 15, 2017.

3. The defendant shall identify any experts, and produce the required materials related thereto, on or before January 20, 2018.

4. All discovery shall be completed by February 15, 2018.

5. The balance of the schedule set forth in the October 2016 Trial Management Order shall remain in place.

**Dated:** November 20, 2017          S\_____
                                                            **RUTH MILLER**
                                                            United States Magistrate Judge